

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00861-CV

**IN THE INTEREST OF N.T.P., ET AL CHILDREN**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00028
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due on January 31, 2023. Appellant has filed a motion for extension of time to file her brief. The motion is GRANTED. Appellant's brief is due on or before **February 21, 2023**.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT